Ability Recovery Services LLC
Attn: Bankruptcy
Po Box 4262
Scranton, PA 18505


Acima Credit
Attn: Bankruptcy
9815 S. Monroe Street 4th Floor
Sandy, UT 84070


Borough of Lansdowne
c/o Portnoff Law Associates
PO Box3020
Norristown, PA 19404


Christopher Ackley, Esquire
1515 Market Street Suite 1910
Philadelphia, PA 19102


City of Philadelphia - Parking Violation
PO Box 41818
Philadelphia, PA 19101


Douglas G Aaron, Esquire
1628 JOHN F KENNEDY BLVD.
8 PENN CENTER - SUITE 810
Philadelphia, PA 19103


First PREMIER Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117


Francis Grimes, Esq.
400 Horsham Road Suite 110
Horsham, PA 19044

Geico
2203 Napfle Street
Philadelphia, PA 19152


Kevin McDonald, Esquire
KML Law Group
701 Market Street #5000
Philadelphia, PA 19106


LVNV Funding, LLC
804 West Ave
c/o Stock & Grimes LLP
Jenkintown, PA 19046


Marisol Ramos-Allen
PO Box 7052
Philadelphia, PA 19149


Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502


Resurgent Capital Services
Attn: Bankruptcy
Pob 10497
Greenville, SC 29603


The Bureaus Inc
Attn: Bankruptcy
650 Dundee Rd, Ste 370
Northbrook, IL 60062


Visio Financial Services
18451 N Dallas Parkway
Dallas, TX 75287

```
Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328
```