# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER: 13 |
| MELISSA WALKER | : | |
| | : | BANKRUPTCY NO. 21-11016 |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above-named debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor has filed all applicable federal, state and local tax returns as required by 11 U.S.C. §1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the Chapter 13 trustee prior to any subsequent confirmation hearing.

Dated: June 30, 2021

/s/ <u>Clair M. Stewart</u>
Clair M. Stewart, Esquire
Attorney for Debtor
100 S. Broad Street #1523
Philadelphia, PA 19102
215-564-5150