**Fill in this information to identify your case:**

Debtor 1: **Melissa Walker**
First Name — Middle Name — Last Name

Debtor 2 (Spouse if, filing):
First Name — Middle Name — Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **21-11016**

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **City of Philadelphia - Parking Violation** <br> Priority Creditor's Name <br> **PO Box 41818** <br> **Philadelphia, PA 19101** <br> Number Street City State Zip Code <br> **Who incurred the debt?** Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim is for a community debt <br> **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | Last 4 digits of account number **0679** <br> When was the debt incurred? **2017 - 2020** <br> **As of the date you file, the claim is:** Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of PRIORITY unsecured claim:** <br> ☐ Domestic support obligations <br> ■ Taxes and certain other debts you owe the government <br> ☐ Claims for death or personal injury while you were intoxicated <br> ☐ Other. Specify **Traffic tickets, parking tickets** | $832.00 | $832.00 | $0.00 |

| Debtor 1 | Melissa Walker | | Case number (if known) | 21-11016 |
|---|---|---|---|---|

| 2.2 | **Delaware County Tax Claim Bureau** | Last 4 digits of account number | dAve,owne | $5,031.00 | $5,031.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**c/o Michelle**
**201 W Front Street**
**Media, PA 19063**
Number Street City State Zip Code

When was the debt incurred?   2019

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify     **Real Estate Taxes**

| 2.3 | **Delaware County Tax Claim Bureau** | Last 4 digits of account number | dAve,owne | $4,941.00 | $4,941.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**c/o Michelle**
**201 W Front Street**
**Media, PA 19063**
Number Street City State Zip Code

When was the debt incurred?   2020

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify     **Real Estate Taxes**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                                                                                **Total claim**

| Debtor 1 | Melissa Walker | Case number (if known) | 21-11016 |
|---|---|---|---|

### 4.1 Ability Recovery Services LLC
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 4262**
**Scranton, PA 18505**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 08N1 — **$349.00**

**When was the debt incurred?** Opened 09/14  Last Active 04/14

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Debt**

### 4.2 Acima Credit
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**9815 S. Monroe Street 4th Floor**
**Sandy, UT 84070**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 0614 — **$3,101.00**

**When was the debt incurred?** Opened 07/19  Last Active 11/08/19

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Lease**

### 4.3 First PREMIER Bank
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 5524**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 9924 — **$461.00**

**When was the debt incurred?** Opened 12/15  Last Active 6/16/16

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

Debtor 1  **Melissa Walker**     Case number (if known) **21-11016**

| 4.4 | **Geico** | Last 4 digits of account number | **CCCP** | $15,341.00 |

Nonpriority Creditor's Name
**2203 Napfle Street**
**Philadelphia, PA 19152**
Number Street City State Zip Code

When was the debt incurred? **10/30/2015**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Lawsuit/Philadelphia County CCP**

---

| 4.5 | **LVNV Funding, LLC** | Last 4 digits of account number | **4047** | $970.00 |

Nonpriority Creditor's Name
**804 West Ave**
**c/o Stock & Grimes LLP**
**Jenkintown, PA 19046**
Number Street City State Zip Code

When was the debt incurred? **1/24/2018**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Civil Claim**

---

| 4.6 | **Marisol Ramos-Allen** | Last 4 digits of account number | **3934** | $39,081.00 |

Nonpriority Creditor's Name
**PO Box 7052**
**Philadelphia, PA 19149**
Number Street City State Zip Code

When was the debt incurred? **7/2/2015**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Civil Claim**

Debtor 1  **Melissa Walker**                                         Case number (if known)    **21-11016**

| 4.7 | **Portfolio Recovery** | Last 4 digits of account number | **8428** | $568.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502**
Number Street City State Zip Code

When was the debt incurred?  **Opened 12/15  Last Active 07/14**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Factoring Company Account World Financial Network Bank**

---

| 4.8 | **Portfolio Recovery** | Last 4 digits of account number | **4244** | $531.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502**
Number Street City State Zip Code

When was the debt incurred?  **Opened 12/15  Last Active 09/14**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Factoring Company Account World Financial Network Bank**

---

| 4.9 | **Portfolio Recovery** | Last 4 digits of account number | **3811** | $500.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502**
Number Street City State Zip Code

When was the debt incurred?  **Opened 11/15  Last Active 05/14**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Factoring Company Account Citibank N.A.**

| Debtor 1 | Melissa Walker | Case number (if known) | 21-11016 |
|---|---|---|---|

### 4.10 Portfolio Recovery

**Nonpriority Creditor's Name**
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502
*Number Street City State Zip Code*

**Last 4 digits of account number** 1493 — **$395.00**

**When was the debt incurred?** Opened 12/15  Last Active 09/14

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Factoring Company Account Comenity Bank**

### 4.11 Resurgent Capital Services

**Nonpriority Creditor's Name**
Attn: Bankruptcy
Pob 10497
Greenville, SC 29603
*Number Street City State Zip Code*

**Last 4 digits of account number** 7076 — **$634.00**

**When was the debt incurred?** Opened 05/20  Last Active 10/19

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Factoring Company Account Credit One Bank N.A.**

### 4.12 The Bureaus Inc

**Nonpriority Creditor's Name**
Attn: Bankruptcy
650 Dundee Rd, Ste 370
Northbrook, IL 60062
*Number Street City State Zip Code*

**Last 4 digits of account number** 6143 — **$598.00**

**When was the debt incurred?** Opened 05/20  Last Active 11/19

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collection Attorney Comenity Bank**

Debtor 1  **Melissa Walker**    Case number (if known) **21-11016**

| 4.13 | **Wells Fargo Bank NA** | Last 4 digits of account number **2497** | | $148.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328**
Number Street City State Zip Code

When was the debt incurred? **Opened 09/15  Last Active 3/05/17**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Line Secured**

---

**Part 3:** List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Christopher Ackley, Esquire
1515 Market Street Suite 1910
Philadelphia, PA 19102**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Douglas G Aaron, Esquire
1628 JOHN F KENNEDY BLVD.
8 PENN CENTER - SUITE 810
Philadelphia, PA 19103**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Francis Grimes, Esq.
400 Horsham Road Suite 110
Horsham, PA 19044**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | **Total Claim** |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 10,804.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **10,804.00** |

| | | | | | **Total Claim** |
|---|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount | 6i. | $ | 62,677.00 |

| Debtor 1 | **Melissa Walker** | Case number (if known) | **21-11016** |
|---|---|---|---|

|   |   |   |   |
|---|---|---|---|
|   | here. |   |   |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 62,677.00 |