United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11016-amc |
| Melissa Walker | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 30, 2021 | Form ID: 155 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa Walker, 55 E Stratford Avenue, Lansdowne, PA 19050-2059 |
| 14617265 | + | BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038-2480 |
| 14610529 | + | Borough of Lansdowne, c/o JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14610233 | + | Borough of Lansdowne, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14610234 | + | Borough of Lansdowne, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14599359 | + | Christopher Ackley, Esquire, 1515 Market Street Suite 1910, Philadelphia, PA 19102-1910 |
| 14643353 | + | Delaware County Tax Claim Bureau, Government Center, c/o STEPHEN VINCENT BOTTIGLIERI, Michael F. X. Gillin & Associates, PC, 230 N. Monroe Street Media, PA 19063-2908 |
| 14599360 | + | Douglas G Aaron, Esquire, 1628 JOHN F KENNEDY BLVD., 8 PENN CENTER - SUITE 810, Philadelphia, PA 19103-2104 |
| 14612690 | + | Douglas G. Aaron, Esquire, 1628 JFK BLVD, Suite 810, PHILADELPHIA, PHILADELPHIA, PA 19103-2104 |
| 14599361 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14599362 | + | Francis Grimes, Esq., 400 Horsham Road Suite 110, Horsham, PA 19044-2146 |
| 14599363 | + | Geico, 2203 Napfle Street, Philadelphia, PA 19152-3711 |
| 14599364 | + | Kevin McDonald, Esquire, KML Law Group, 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 14599365 | + | LVNV Funding, LLC, 804 West Ave, c/o Stock & Grimes LLP, Jenkintown, PA 19046-2831 |
| 14599366 | + | Marisol Ramos-Allen, PO Box 7052, Philadelphia, PA 19149-0052 |
| 14599369 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14599370 | + | Visio Financial Services, 18451 N Dallas Parkway, Dallas, TX 75287-5202 |
| 14601322 | + | Visio Financial Services, Inc., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14601282 | + | Visio Financial Services, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14599371 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14599357 | + | Email/Text: mnapoletano@ars-llc.biz | Nov 30 2021 23:43:00 | Ability Recovery Services LLC, Attn: Bankruptcy, Po Box 4262, Scranton, PA 18505-6262 |
| 14599358 | + | Email/Text: bankruptcy@acimacredit.com | Nov 30 2021 23:43:00 | Acima Credit, Attn: Bankruptcy, 9815 S. Monroe Street 4th Floor, Sandy, UT 84070-4384 |
| 14616127 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 30 2021 23:45:50 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14619629 | + | Email/Text: bankruptcy@philapark.org | Nov 30 2021 23:43:00 | City of Philadelphia, Parking Violations, PO Box 41818, Philadelphia PA 19101-1818 |
| 14628337 | + | Email/Text: duffyk@co.delaware.pa.us | Nov 30 2021 23:43:00 | Delaware County Tax Claim Bureau, c/o Michelle, 201 W Front Street, Media PA 19063-2768 |
| 14643295 | + | Email/Text: duffyk@co.delaware.pa.us | Nov 30 2021 23:43:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| 14599645 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 30 2021 23:45:46 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14599361 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 30 2021 23:45:41 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14609459 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2021 23:45:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14611959 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 30 2021 23:43:00 | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 14616322 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 30 2021 23:43:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14599367 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 30 2021 23:45:46 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14614361 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 30 2021 23:45:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14599368 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2021 23:45:46 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CLAIR M. STEWART | on behalf of Debtor Melissa Walker clairstewart@cstewartlaw.com clairstewartecfmail@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Visio Financial Services Inc. bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Lansdowne jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Visio Financial Services Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Delaware County Tax Claim Bureau steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| United States Trustee | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 30, 2021 | Form ID: 155 | Total Noticed: 33

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Melissa Walker
        Debtor(s)                                       Chapter: 13

                                                                         Bankruptcy No: 21−11016−amc

_____

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 30th day of November, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                     Ashely M. Chan
                                                                     Judge ,
                                                                     United States Bankruptcy Court

                                                                                                         34 − 9, 30
                                                                                                         Form 155