United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-11016-amc

Melissa Walker     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Dec 01, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Melissa Walker, 55 E Stratford Avenue, Lansdowne, PA 19050-2059 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CLAIR M. STEWART | on behalf of Debtor Melissa Walker clairstewart@cstewartlaw.com clairstewartecfmail@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Visio Financial Services Inc. bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Lansdowne jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Visio Financial Services Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Delaware County Tax Claim Bureau steve@bottiglierilaw.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: : CHAPTER: 13

MELISSA WALKER, : BANKRUPTCY NO. 21-11016

      **Debtor**

### ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses and upon the certification of the Debtor's Counsel (the "Applicant") that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

IT is hereby ORDERED that:

1. The Application is **GRANTED.**

2. Compensation in the amount of $3,500.00 and costs in the amount of $99.00 are allowed in favor of the Applicant.

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and costs set forth in paragraph 2 above, **less $1,237.00,** which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326 (b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. In the event that this case is dismissed under the Bankruptcy Code, this Court shall retain jurisdiction concerning all Application(s) for Compensation of Counsel fees for Clair. M. Stewart, counsel for debtor, for the purpose of the payment and allowance of counsel fees and issue an accompanying Order. All remaining funds, if any, shall be disbursed in accordance with 11 U.S.C. §349(b)(3).

BY THE COURT: _____

      J.

**Date: December 1, 2021**