## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PA

Chapter:      13
Case No:      2111016

In re:      MELISSA  WALKER

Account Number:  4244

## <u>WITHDRAWAL OF PROOF OF CLAIM</u>

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 9 filed on or about 06/11/2021 in the amount of $531.47 .

On this 1/6/2022.

By:   <u>/s/ Zachery C. Hayes</u>
       Zachery C. Hayes, Bankruptcy Representative
       PRA Receivables Management, LLC.
       POB 41067
       Norfolk, VA 23541
       E-mail: Bankruptcy_Info@portfoliorecovery.com