**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PA**

Chapter: 13
Case No: 2111016

In re: MELISSA WALKER

Account Number: 3811

**WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 7 filed on or about 06/10/2021 in the amount of $499.65 .

On this 1/6/2022.


By: /s/ Zachery C. Hayes
Zachery C. Hayes, Bankruptcy Representative
PRA Receivables Management, LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com