# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PA

Chapter:   13
Case No:   2111016

In re:     MELISSA WALKER

Account Number: 1493

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 8 filed on or about 06/10/2021 in the amount of $394.67 .

On this 1/6/2022.

By:  /s/ Zachery C. Hayes
     Zachery C. Hayes, Bankruptcy Representative
     PRA Receivables Management, LLC.
     POB 41067
     Norfolk, VA 23541
     E-mail: Bankruptcy_Info@portfoliorecovery.com