# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 21-11016-AMC

MELISSA WALKER

55 E STRATFORD AVENUE

LANSDOWNE, PA 19050

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MELISSA WALKER

55 E STRATFORD AVENUE

LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

CLAIR M STEWART
100 S. BROAD STREET
SUITE 1523
PHILADELPHIA, PA 19110-

Date: 1/19/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee