**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MELISSA  WALKER | Chapter 13 |
| Debtor | Bankruptcy No. 21-11016-AMC |

# O R D E R

**AND NOW**, this _____ day of _____, 202\_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: March 21, 2023**

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
CLAIR M STEWART
100 S. BROAD STREET
SUITE 1523
PHILADELPHIA, PA 19110-

Debtor:
MELISSA  WALKER

55 E STRATFORD AVENUE

LANSDOWNE, PA 19050