United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 21-11016-amc

Melissa Walker                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2023 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa Walker, 55 E Stratford Avenue, Lansdowne, PA 19050-2059 |
| cr | + | c/o AMIP Management Wilmington Savings Fund Societ, 3020 Old Ranch Pkwy #180, Seal Beach, CA 90740-2799 |
| 14610529 | + | Borough of Lansdowne, c/o JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14610233 | + | Borough of Lansdowne, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14610234 | + | Borough of Lansdowne, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14599359 | + | Christopher Ackley, Esquire, 1515 Market Street Suite 1910, Philadelphia, PA 19102-1910 |
| 14643353 | #+ | Delaware County Tax Claim Bureau, Government Center, c/o STEPHEN VINCENT BOTTIGLIERI, Michael F. X. Gillin & Associates, PC, 230 N. Monroe Street Media, PA 19063-2908 |
| 14599360 | + | Douglas G Aaron, Esquire, 1628 JOHN F KENNEDY BLVD., 8 PENN CENTER - SUITE 810, Philadelphia, PA 19103-2104 |
| 14612690 | + | Douglas G. Aaron, Esquire, 1628 JFK BLVD, Suite 810, PHILADELPHIA, PHILADELPHIA, PA 19103-2104 |
| 14599362 | + | Francis Grimes, Esq., 400 Horsham Road Suite 110, Horsham, PA 19044-2146 |
| 14599363 | + | Geico, 2203 Napfle Street, Philadelphia, PA 19152-3711 |
| 14599364 | + | Kevin McDonald, Esquire, KML Law Group, 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 14599365 | + | LVNV Funding, LLC, 804 West Ave, c/o Stock & Grimes LLP, Jenkintown, PA 19046-2831 |
| 14599366 | + | Marisol Ramos-Allen, PO Box 7052, Philadelphia, PA 19149-0052 |
| 14683388 | + | Residential Credit Opportunities Trust VII-B, co FCI Lender Services Inc, PO Box 27370, Anaheim Hills, CA 92809-0112 |
| 14736349 | + | Stephen V. Bottiglieri, Esquire, Toscani, Stathes & Zoeller, LLC, 899 Cassatt Rd, Suite 320, Berwyn, PA 19312-1190 |
| 14599370 | + | Visio Financial Services, 18451 N Dallas Parkway, Dallas, TX 75287-5202 |
| 14601322 | + | Visio Financial Services, Inc., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 23 2023 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2023 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 23 2023 00:07:57 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14599357 | + | Email/Text: mnapoletano@ars-llc.biz | Mar 23 2023 00:03:00 | Ability Recovery Services LLC, Attn: Bankruptcy, Po Box 4262, Scranton, PA 18505-6262 |
| 14599358 | + | Email/Text: bankruptcy@acimacredit.com | Mar 23 2023 00:03:00 | Acima Credit, Attn: Bankruptcy, 9815 S. Monroe Street 4th Floor, Sandy, UT 84070-4384 |
| 14617265 | + | Email/Text: bankruptcy@bsifinancial.com | Mar 23 2023 00:03:00 | BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038-2480 |
| 14616127 | + | Email/PDF: rmscedi@recoverycorp.com | | |

District/off: 0313-2                     User: admin                                    Page 2 of 3
Date Rcvd: Mar 22, 2023                  Form ID: pdf900                       Total Noticed: 39

| | | Mar 23 2023 00:08:01 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
|---|---|---|---|
| 14619629 | + Email/Text: bankruptcy@philapark.org | Mar 23 2023 00:03:00 | City of Philadelphia, Parking Violations, PO Box 41818, Philadelphia PA 19101-1818 |
| 14628337 | + Email/Text: duffyk@co.delaware.pa.us | Mar 23 2023 00:03:00 | Delaware County Tax Claim Bureau, c/o Michelle, 201 W Front Street, Media PA 19063-2768 |
| 14643295 | + Email/Text: duffyk@co.delaware.pa.us | Mar 23 2023 00:03:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| 14599645 | + Email/PDF: ebn_ais@aisinfo.com | Mar 23 2023 00:08:02 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14599361 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 23 2023 00:08:02 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14609459 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2023 00:07:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14611959 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 23 2023 00:03:00 | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 14616322 | + Email/Text: bankruptcygroup@peco-energy.com | Mar 23 2023 00:03:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14599367 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 23 2023 00:07:57 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14614361 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 23 2023 00:07:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14599368 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2023 00:07:57 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 14599369 | + Email/PDF: tbiedi@PRAGroup.com | Mar 23 2023 00:08:01 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14601282 | ^ MEBN | Mar 22 2023 23:59:39 | Visio Financial Services, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14599371 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 23 2023 00:07:54 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Borough of Lansdowne, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| NONE | *+ | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2023 | Form ID: pdf900 | Total Noticed: 39 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor Visio Financial Services  Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CLAIR M. STEWART | |
| | on behalf of Debtor Melissa Walker clairstewart@cstewartlaw.com  clairstewartecfmail@gmail.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor Visio Financial Services  Inc. bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | |
| | on behalf of Creditor Borough of Lansdowne jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| STEPHEN VINCENT BOTTIGLIERI | |
| | on behalf of Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              **Chapter 13**

MELISSA  WALKER

                    **Debtor**              **Bankruptcy No.** 21-11016-AMC

## O R D E R

     **AND NOW**, this _____ day of _____, 202_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

     **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: March 21, 2023**

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
CLAIR M STEWART
100 S. BROAD STREET
SUITE 1523
PHILADELPHIA, PA 19110-

Debtor:
MELISSA  WALKER

55 E STRATFORD AVENUE

LANSDOWNE, PA 19050